**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr, State Bar No. 183052
robert@starrlaw.com
23901 Calabasas Road, Suite 2072
Calabasas, CA 91302
Voice: 818-225-9040
Facsimile: 818-225-9042

**POMERANTZ LLP**
Jordan L. Lurie, State Bar No. 130013
jllurie@pomlaw.com
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue
15th Floor Los Angeles, CA 90024
Telephone: (310) 432-8492

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL REGUEIRO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC,<br><br>Defendant. | Case No.: 2:22-cv-05521 SPG (MAR)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Sherilyn Peace Garnett<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Date: Septembrt 3, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 3, 2025, at 1:30 p.m. or as soon thereafter as counsel may be heard before the Honorable Sherilyn Peace Garnett, 350 W. 1st Street, Courtroom 5C, 5th Floor, Los Angeles, California 90012, Plaintiff Kristal Regueiro ("Plaintiff") will and hereby does move this court under Fed. R. Civ. P. 23(e) to:

1. Preliminarily approve the class action settlement set forth in the Settlement Agreement (attached as Exhibit 1 to the Declaration of Jordan L. Lurie filed concurrently);
2. Conditionally certify the Settlement Class for settlement purposes;
3. Approve the Parties' plan for dissemination of the proposed Class Notice ("Notice Program");
4. Appoint Plaintiff Kristal Regueiro as the Class Representative;
5. Appoint Pomerantz LLP and The Law Office of Robert L. Starr as Class Counsel; and,
6. Set a hearing date and briefing schedule for final settlement approval and Plaintiff's fee and expense application.

This Motion is based upon: (1) this Notice of Motion; (2) the Memorandum of Points and Authorities in Support of Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Jordan L. Lurie in Support of the Motion for Preliminary Approval of Class Action Settlement and the Exhibits thereto, including the Settlement Agreement and Exhibits, and the Declaration of Kristal Regueiro; (4) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement; (5) the records, pleadings, and papers filed in this action; and, (6) such other documentary and oral evidence or argument as may be presented to the Court at, or prior to, the hearing of this Motion.

///

| | | |
|---|---|---|
| 1 | Dated: July 21, 2025 | Respectfully submitted, |
| 2 | | **POMERANTZ LLP** |
| 3 | | **THE LAW OFFICE OF ROBERT STARR** |
| 4 | | |
| 5 | | By: _____/s/ Ari Y. Basser_____ |
| | | Jordan L. Lurie |
| 6 | | Ari Y. Basser |
| | | Robert L. Starr |
| 7 | | *Attorneys for Plaintiff* |