**POMERANTZ LLP**
Jordan L. Lurie, Bar No. 130013
*jllurie@pomlaw.com*
Ari Y. Basser, Bar No. 272618
*abasser@pomlaw.com*
1100 Glendon Avenue, 15th floor
Los Angeles, California 90024
Tel: (310) 432-8492

*Attorneys for Plaintiffs*

**KLEIN THOMAS LEE & FRESARD**
Gregory P. Gilmer, Bar No. 212067
*greg.gilmer@kleinthomaslaw.com*
Kristyn Wong, Bar No. 346644
*kristyn.wong@kleinthomaslaw.com*
1920 Main Street, Ste. 230
Irvine, California 92614
Tel: (949) 676-4570

*Attorneys for Defendant FCA US LLC*

[*additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL REGUEIRO, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC,<br><br>Defendant. | CASE NO. 2:22-cv-05521-SPG-MAR<br><br>Assigned to Hon. Sherilyn Peace Garnett<br><br>**JOINT STATUS REPORT** |

1    Pursuant to the Court's September 30, 2025 Order, *see* ECF #63, the Parties
2  submit this joint status report, continuing to believe that the settlement of this action
3  is in the best interests of all concerned.

4    In its Order Denying Plaintiff's Motion for Preliminary Approval of Class
5  Action Settlement, the Court identified issues in the proposed settlement agreement
6  with (i) extraterritoriality, (ii) subject matter jurisdiction, and (iii) typicality.  *See*
7  ECF #61, pp. 7-9.  To remedy those issues directly, the Parties propose that the Court
8  grant Plaintiff leave to file an amended complaint that asserts a common law breach
9  of contract claim with respect to the Reg. 177 Class and the pending statutory
10  California Unfair Competition Law ("UCL") claim asserted as to the California Class
11  only.

12    With its well-established basic elements and its uniformly recognized legal
13  application across states, a common law breach of contract claim (i) presents no
14  extraterritoriality problems, (ii) ensures this Court has subject matter jurisdiction,
15  (iii) presents common issues sufficient to satisfy the commonality requirement; and
16  (iv) removes any typicality issues existing between Plaintiff and out-of-state putative
17  class members.

18    At least two cases in this District support the Parties' proposal.  *See*, *e.g.*, *Maree*
19  *v. Deutsche Lufthansa AG*, 2023 WL 2563914, **1-2, 4-5, 12 (C.D. Cal. Feb. 13,
20  2023) (preliminarily approving settlement of two California plaintiffs' nationwide
21  breach of contract claims); *see also Thompson v. Trans. Am. Life Ins. Co.*, 2020 WL
22  6145105, **1, 3, 19 (C.D. Cal. Sept. 16, 2020) (granting final approval of settlement
23  of action that asserted breach of contract claim, among others, on behalf of a
24  nationwide class).[1]

25

26

_____

27    [1] *See also Thompson v. Trans. Am. Life Ins. Co.*, Case No. 2:18-cv-05422 (C.D.
Cal.) at ECF #91 (complaint asserting contractual and declaratory relief claims on
28  behalf of a "national class") and ECF #151 (preliminary approval order).

JOINT STATUS REPORT

If the Court approves moving toward settlement in the proposed manner, the Parties offer the following schedule for further proceedings and resolution of this case:

1.    Plaintiff will file an amended complaint to add a breach of contract claim on behalf of the Reg. 177 Class within two weeks of this Court's approval.

2.    Within a week of Plaintiff filing the amended complaint, FCA US will file its answer.  FCA US agrees that, consistent with the Parties' goals of settlement, it will not move to dismiss the new pleading.

3.    Plaintiff will move for preliminary approval of the Parties' renegotiated settlement agreement, which will be premised on the common law breach of contract claim in the amended complaint, within forty-five days of FCA US's answer.

4.    A hearing on the motion may thereafter be scheduled at the Court's convenience.

Accordingly, the Parties request that the Court grant Plaintiff leave to file an amended complaint as described and allow the Parties to proceed as set forth above.

If the Court does not approve the Parties' above proposal for moving forward toward settlement or if the Court has any questions about the proposal or is not inclined to approve the settlement as revised above, the Parties respectfully request that, in the interest of judicial efficiency, the Court schedule a brief telephonic status conference to discuss the proposal.

Dated:  October 20, 2025          **POMERANTZ LLP**

By:  _/s/  Jordan L. Lurie_
Jordan L. Lurie
Ari Y. Basser

**THE LAW OFFICE OF ROBERT L. STARR**
Robert L. Starr

**FRONTIER LAW CENTER**
Manny Starr
Adam Rose

*Attorneys for Plaintiff Kristal Regueiro*

Dated:  October 20, 2025          **KLEIN THOMAS LEE & FRESARD**

By:  /s/  *Kristyn Wong*
Stephen A. D'Aunoy
Gregory P. Gilmer
Scott H. Morgan
Kristyn Wong

*Attorneys for FCA US LLC*

***I, Kristyn Wong, attest that all other signatories listed, and on whose behalf the filling is submitted, concur in the filing's content and have authorized the filing.

/s/  *Kristyn Wong*

JOINT STATUS REPORT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF ELECTRONIC FILING</u>

I hereby certify that on **October 20, 2025**, a true and correct copy of the foregoing  **JOINT STATUS REPORT** was filed with the Clerk using the CM/ECF system, which will provide notice to all the counsel of record.


/s/ *Kristyn Wong*
Kristyn Wong